```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 10-cr-139-PB

**Natasha Robitaille**


**O R D E R**

The court finds reasonable cause to believe that the defendant may presently be suffering from a mental disease that could affect her competency to plead guilty or stand trial. Accordingly, pursuant to 18 U.S.C. §§ 4241, 4247, and with the consent of the parties, the court authorizes Dr. Albert Drukteinis to conduct an examination to determine the defendant's competency to stand trial. Following such examination, Dr. Drukteinis shall prepare a report to be filed under seal addressing the defendant's competency. This report shall also take into account any medications the defendant is currently taking.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

January 21, 2011

cc:  Theodore M. Lothstein, Esq.
     Terry Ollila, AUSA
     United States Probation
     United Sates Marshal